UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-221 (RBW) |
| Plaintiff, | | |
| v. | | |
| DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, et al., | | |
| Defendants. | | |

**ORDER**

On December 11, 2023, the parties filed a joint status report apprising the Court of the status of this case in light of the parties' Stipulated Settlement Agreement, ECF No. 13. See Joint Status Report at 1, ECF No. 18. Upon consideration of the parties' Joint Status Report, ECF No. 18, and considering that the parties have agreed that the defendant, "on or before August 27, 2025, [will] submit a new 12-month finding as to whether the listing of the southern hognose snake . . . as threatened or endangered is (a) not warranted; (b) warranted; or (c) warranted but precluded by other pending proposals, pursuant to 16 U.S.C. § 1533(b)(3)(B)[,]" id., the Court need not receive any further status reports in the interim. Accordingly, it is hereby

**ORDERED** that the Court's Order (June 9, 2023), ECF No. 15, is **VACATED** to the extent that the parties must file joint status reports every six months until this case is closed. It is further

**ORDERED** that, pursuant to the Court's Order (June 9, 2023), ECF No. 15, the Court shall retain jurisdiction over this case to oversee compliance with the terms of the Stipulated Settlement Agreement, ECF No. 13.  It is further

**ORDERED** that this case is **CLOSED** and will remain closed unless the parties seek to enforce a provision of the Stipulated Settlement Agreement, ECF No. 13.

**SO ORDERED** this 13th day of December, 2023.

REGGIE B. WALTON<br>
United States District Judge